IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YOSELIN SULEYMA JIMENEZ-MENENDEZ and EVELYN VANESSA JIMENEZ-MENENDEZ, § § § § | |
| Petitioners, § | |
| v. § | CAUSE NO. EP-26-CV-374-KC |
| KRISTI NOEM et al., § § § | |
| Respondents. § | |

## SHOW CAUSE ORDER

On this day, the Court considered the case. On February 18, 2026, the Court granted in part Yoselin Suleyma Jimenez-Menendez and Evelyn Vanessa Jimenez-Menendez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide Yoselin Suleyma Jimenez-Menendez and Evelyn Vanessa Jimenez-Menendez with bond hearings before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, their continued detention; or (2) release Yoselin Suleyma Jimenez-Menendez and Evelyn Vanessa Jimenez-Menendez from custody, under reasonable conditions of supervision, by February 25. By the same date, Respondents were to file a notice informing the Court of their compliance. *Id.*

Respondents now state that Yoselin Suleyma Jimenez-Menendez has been granted a $7,500 bond. Status Report, ECF No. 6. Respondents, however, do not provide any information on whether Evelyn Vanessa Jimenez-Menendez received a bond hearing, or was released, by February 25. *See generally id.* Thus, Respondents have failed to comply with this Court's February 18 Order.

Accordingly, the Court **ORDERS** that Respondents must **SHOW CAUSE** for their failure to comply with the Court's February 18 Order as to Evelyn Vanessa Jimenez-Menendez, **by no later than February 27, 2026**.  To the extent that Evelyn Vanessa Jimenez-Menendez was not provided a bond hearing in compliance with the February 18 Order, **she must be immediately released from custody**.  If she did receive a bond hearing, Respondents must file notice of the same as previously ordered.

**SO ORDERED**.

**SIGNED this 26th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE