**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **YOSELIN SULEYMA JIMENEZ-MENENDEZ and EVELYN VANESSA JIMENEZ-MENENDEZ,** | § § § § | |
| **Petitioners,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-374-KC** |
| **KRISTI NOEM et al.,** | § § | |
| **Respondents.** | § § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On  February 18, 2026, the Court granted in part Yoselin Suleyma Jimenez-Menendez and Evelyn Vanessa Jimenez-Menendez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide Yoselin Suleyma Jimenez-Menendez and Evelyn Vanessa Jimenez-Menendez with bond hearings before an IJ, at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, their continued detention; or (2) release Yoselin Suleyma Jimenez-Menendez and Evelyn Vanessa Jimenez-Menendez from custody, under reasonable conditions of supervision, by February 25.  By the same date, Respondents were to file a notice informing the Court of their compliance.  *Id.*

Respondents stated that Yoselin Suleyma Jimenez-Menendez was granted a $7,500 bond. Status Report, ECF No. 6.  And, after initially failing to provide any information, Respondents now state that Evelyn Vanessa Jimenez-Menendez has also been granted a $7,500 bond.  Status Report, ECF No. 8; Feb. 26, 2026, Order, ECF No. 7.

It appears that the only remaining matter to be resolved in this case is Valenzuela Sanchez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 23, ECF No. 1; *see generally* Feb. 18, 2026, Order; Feb. 26, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent either Petitioner wishes to seek additional relief from the Court, they may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 2nd day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE